## GALVESTON TERM, 1891.

WESTERN UNION TEL. CO. v. F. R. LIVELY ET AL.

(No. 3000.)

APPEAL from Montague County. Opinion by WILL-
SON, J.

(*Transferred from Austin.*)

J. M. O'NEILL and R. P. WILLING, counsel for appel-
lant.

No counsel appeared for appellee.

§ **192.** *Judgment by default; special damages not re-
coverable unless, etc.* Appellees recovered judgment by
default against appellant for $500, damages for failure to
transmit and deliver a telegram for them to one House.
*Held:* The damages claimed are special, such as would
not naturally and proximately result from a breach of the
contract — not such as would reasonably be in the con-
templation of appellant. To entitle appellees to a judg-
ment for such damages, it devolved upon them to both
allege and prove that, at the time of delivering the tele-
gram to be transmitted, appellant had knowledge that a
failure to transmit and deliver the same might result in
causing such special damages to appellees. [Tel. Co. v.
McKinney, 2 App. C. C., §§ 645, 646.] It is not so alleged
in the petition, and the judgment is therefore erroneous.

January 19, 1891.          Reversed and remanded.